UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                         :

RICARDO VELASQUEZ,                     :

                                 Plaintiff,             :

                                               :                21-CV-2951 (JPC)
        -v-                                   :

                                               :                    ORDER
JAGR 187 COLUMBUS LLC, et al.,      :

                                               :

                           Defendants.        :

                                               :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On September 15, 2021, the Court ordered the parties to submit a joint letter and a proposed case management plan and scheduling order no later than seven days before the IPTC on November 22, 2021, at 10:00 a.m. *See* Dkt. 22 at 1-2. The parties have not complied with that order. By November 19, 2021, the parties shall submit a joint letter and a proposed case management plan and scheduling order as outlined in the September 15, 2021, order.

      SO ORDERED.

Dated: November 18, 2021
       New York, New York
                                                       JOHN P. CRONAN
                                                United States District Judge